# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

___

CHRIS GILLAND, et al.

    Plaintiffs,

v.                                        Case No. 3:18-CV-135-MPM-RP

CITY OF BALDWYN, MISSISSIPPI

    Defendant.
___

## STIPULATION OF DISMISSAL WITH PREJUDICE
___

    Comes Now Plaintiffs Chris Gilland, Paul W. Ferrell, Anthony Buse, Buck Franks, Tarvis Davis, Nickola Ward, James M. Roberts, Bo Thomas Pearson, Colby Adams, Byron Parker, Allen J. Dillard, Adam Cook and Defendant City of Baldwyn, Mississippi. and files this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties would state that all matters before the Court are now resolved and that the Court may enter an order dismissing this matter with prejudice.

                                            Respectfully submitted,

                                            */s/ William B. Ryan*
                                            William B. Ryan-MS Bar #99667
                                            Donati Law, PLLC
                                            1545 Union Avenue
                                            Memphis, TN 38104
                                            P: 901.278.1004
                                            F: 901.278.3111
                                            billy@donatilaw.com

                                            *Attorney for Plaintiffs*

*/s/Greg E. Beard*
Greg E. Beard—MS Bar #9481
101 West College Street
Booneville, MS 38829
P: 662.720.8340
Greg109@bellsouth.net

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon counsel for Defendant, Greg E. Beard, 101 West College Street, Booneville, MS 38829, via the Court's ECF system this the 21st day of June 2019.

*/s/ William B. Ryan*
