IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRIS GILLAND, et al.**                                                              **PLAINTIFFS**

**v.**                                                              **CIVIL ACTION NO. 3:18CV135-RP**

**CITY OF BALDWYN, MISSISSIPPI**                                                              **DEFENDANT**

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that the action is dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this, the 21st day of June, 2019.

                                                         /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE